JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BARRY G. SORENSON, | Case No. 2:20-cv-00404-RFB-EJY |
| Plaintiff, | |
| vs. | **STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| NATIONSTAR MORTGAGE, LL, d/b/a MR. COOPER and EQUIFAX INFORMATION SERVICES LLC, | |
| | **FIRST REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 21, 2020, through and including **May 21, 2020**. The request was made by Equifax, and Plaintiff approves. Both Plaintiff and Equifax agree in light of the COVID-19 pandemic and office closings, to extending Equifax's time to respond. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 21st day of March, 2020.

1

2  CLARK HILL PLLC

3  By: /s/ Jeremy J. Thompson                              /s/ Erik-Anthony W. Fox
   Jeremy J. Thompson                                      Erik-Anthony W. Fox, Esq.
4  Nevada Bar No. 12503                                    COGBURN LAW OFFICES
   3800 Howard Hughes Pkwy, Suite 500                      2580 St. Rose Parkway, Suite 330
5  Las Vegas, NV 89169                                     Henderson NV 89074
6  Tel: (702) 862-8300                                     Phone: (702) 748-7777
   Fax: (702) 862-8400                                     Fax: (702) 966-3880
7  Email: jthompson@clarkhill.com                          Email: ewf@cogburncares.com

8  *Attorney for Defendant Equifax Information*            *Attorney for Plaintiff*
   *Services LLC*
9

10  **<u>No Opposition</u>**

11  IT IS SO ORDERED:

12
    [signature]
13
14  United States Magistrate Judge

15  DATED: April 21, 2020

16

-2-