1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada 89169
   E-mail: jthompson@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

BARRY G. SORENSON,                                  ) Case No. 2:20-CV-00404-RFB-EJY
                                                    )
              Plaintiff,                            )
                                                    )
vs.                                                 ) **STIPULATION OF EXTENSION OF**
                                                    ) **TIME FOR DEFENDANT EQUIFAX**
NATIONSTAR MORTGAGE, LLC, D/B/A                     ) **INFORMATION SERVICES LLC TO**
MR. COOPER and EQUIFAX                              ) **FILE ANSWER**
INFORMATION SERVICES LLC,                           )
                                                    ) **SECOND REQUEST**
              Defendants.                           )

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from May 21, 2020, through and including **June 22, 2020**. The request was made by Equifax so that it can have further opportunity to collect and review its internal files pertaining to the allegations in the Complaint in furtherance

. . .

. . .

. . .

of evaluating potential resolution, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

      Respectfully submitted, this 21ˢᵗ day of May, 2020.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant Equifax Information Services LLC*

**_No opposition_**

/s/ Erik W. Fox
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW
2580 St Rose Parkway, Suite 330
Henderson NV 89074
Phone: (702) 748-7777
Fax: (702) 966-3880
Email: ewf@cogburncares.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

[signature]
United States Magistrate Judge

DATED: May 22, 2020