COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARRY G. SORENSON, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE, LLC, D/B/A MR. COOPER, A FOREIGN LIMITED-LIABILITY COMPANY; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>　　　　　　　Defendants. | Case Number<br>2:20-cv-00404-RFB-EJY<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, Barry G. Sorenson ("Plaintiff") and Defendant, Equifax Information Services LLC ("Defendant"), by and through their respective

. . .

. . .

. . .

. . .

. . .

attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

| | |
|---|---|
| Dated this 11th day of September, 2020. | Dated this 11th day of September, 2020. |
| **COGBURN LAW** | **CLARK HILL PLLC** |
| By: */s/Erik W. Fox* <br> Jamie S. Cogburn, Esq. <br> Nevada Bar No. 8409 <br> Erik W. Fox, Esq. <br> Nevada Bar No. 8804 <br> 2580 St. Rose Parkway, Suite 330 <br> Henderson, Nevada 89074 <br> *Attorneys for Plaintiff* | By: */s/Jeremy J. Thompson* <br> Jeremy J. Thompson, Esq. <br> Nevada Bar No. 12503 <br> 3800 Howard Hughes Parkway, Suite 500 <br> Las Vegas, NV 89169 <br> *Attorneys for Equifax Information Services LLC* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of September, 2020.